**Jeffrey I. Carton (JC-8296)**
**Robert J. Berg (RB-8542)**
**DENLEA & CARTON LLP**
2 Westchester Park Drive, Suite 410
White Plains, NY 10064
(914) 331-0100

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINE VIOLET CARROLL, on behalf ) Of herself and all others similary situated, ) ) Plaintiffs, ) ) -against- ) ) THE REPUBLIC OF FRANCE, THE ) FRENCH MINISTRY OF FOREIGN ) AFFAIRS, and THE AGENCE POUR ) L'ENSEIGNEMENT FRANCAIS A ) L'ETRANGER, ) ) Defendants. ) | Civil Action No. 7:16-cv-2683 |

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

**Writ: SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT AND JURY DEMAND**

The United States District Court for the Southern District of New York presents its compliments to the appropriate Judicial Authority in France and requests international judicial assistance to effect service of process upon a named Defendant in the captioned civil proceeding currently pending before this Court. The Court requests the assistance described herein as necessary in the interests of justice. It has been represented to this Court that the Defendant THE REPUBLIC OF FRANCE may be served at the following address:

C/O MINISTERE DE LA JUSTICE
BUREAU DE L'ENTRAIDE JUDICIAIRE
INTERNATIONALE D4
13 PLACE VENDOME

**75042 PARIS (1ER)**
**CEDEX 1**
**FRANCE**

**The Court respectfully requests that you cause one copy of the attached documents to be served upon the Defendant at the above described address in the manner prescribed for a service of similar documents under the laws of France. The Court further requests that, after service has been made, you cause the person who serves the documents upon the Defendant to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.**

**Plaintiff's Attorney stand ready to reimburse your authority for all expenses incurred in executing this request for international judicial assistance. This Court also assures your Authority that it will reciprocate with similar assistance in like cases.**

**The Court extends to the Judicial Authorities in France the assurances of its highest consideration.**

_____                    _____
**Date**                                                             **Honorable Nelson S. Roman**
                                                                     **United States District Judge**
                                                                     **Southern District of New York**
                                                                     **United States Courthouse**
                                                                     **300 Quarropas Street**
                                                                     **White Plains, New York 10601**