Jeffrey I. Carton (JC-8296)
Robert J. Berg (RB-8542)
DENLEA & CARTON LLP
2 Westchester Park Drive, Suite 410
White Plains, NY 10604
(914) 331-0100
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MARTINE VIOLET CARROLL, on behalf of  :
herself and all others similarly situated,   :   Civil Action No. 7:16-cv-02683 (NSR)
                                           :
           Plaintiff,                      :
                                           :
     -against-                             :   **DENLEA & CARTON LLP'S**
                                           :   **NOTICE OF MOTION FOR**
THE REPUBLIC OF FRANCE, THE FRENCH         :   **WITHDRAWAL AS**
MINISTRY OF FOREIGN AFFAIRS, and           :   **PLAINTIFF'S COUNSEL**
THE AGENCE POUR L'ENSEIGNEMENT             :
FRANCAIS A L'ETRANGER,                     :
                                           :
           Defendants.                     :
---------------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon Denlea & Carton LLP's Memorandum of Law in Support of its Motion for Withdrawal as Plaintiff's Counsel and the accompanying Declaration of Robert J. Berg, together with the Exhibit thereto, Denlea & Carton LLP will move before the Hon. Nelson S. Roman, United States District Judge for the Southern District of New York, at such time as the Court shall direct, for an Order pursuant to Local Civil Rule 1.4 granting Denlea &Carton LLP's Motion for Withdrawal as Plaintiff's Counsel in this action, and granting Plaintiff reasonable time to secure replacement counsel in order to continue the prosecution of this action, and for such other relief as the Court may determine to be just and proper.

Dated:  White Plains, New York
       January 14, 2019

                              Respectfully submitted,

                              DENELA & CARTON LLP

By:   /s/   Jeffrey I. Carton
       Jeffrey I. Carton (JC-8296)
       jcarton@denleacarton.com
       Robert J. Berg (RB-8542)
       rberg@denleacarton.com
       2 Westchester Park Drive, Suite 410
       White Plains, NY 10604
       (914) 331-0100

*Attorneys for Plaintiff*

TO:    Martine Violet Carroll
        257 Orchard Street, Apartment 3
        Westfield, New Jersey  07090
        martinecarroll@comcast.net

        Plaintiff

        Joseph R. Goldberg
        jgoldber@hodgsonruss.com
        Kathryn Anne Tiskus
        Ktiskus@hodgsonruss.com
        Hodgson Russ, LLP
        605 Third Avenue, Suite 2300
        New York, New York  10158

        Attorneys for Defendants