Jeffrey I. Carton (JC-8296)
Robert J. Berg (RB-8542)
DENLEA & CARTON LLP
2 Westchester Park Drive, Suite 410
White Plains, NY 10604
(914) 331-0100
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| MARTINE VIOLET CARROLL, on behalf of herself and all others similarly situated, | : : : | Civil Action No. 7:16-cv-02683 (NSR) |
| Plaintiff, | : : | |
| -against- | : : | **DENLEA & CARTON LLP'S NOTICE OF MOTION FOR WITHDRAWAL AS PLAINTIFF'S COUNSEL** |
| THE REPUBLIC OF FRANCE, THE FRENCH MINISTRY OF FOREIGN AFFAIRS, and THE AGENCE POUR L'ENSEIGNEMENT FRANCAIS A L'ETRANGER, | : : : : : | |
| Defendants. | : | |

---------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon Denlea & Carton LLP's Memorandum of Law in Support of its Motion for Withdrawal as Plaintiff's Counsel and the accompanying Declaration of Robert J. Berg, together with the Exhibit thereto, Denlea & Carton LLP will move before the Hon. Nelson S. Roman, United States District Judge for the Southern District of New York, at such time as the Court shall direct, for an Order pursuant to Local Civil Rule 1.4 granting Denlea &Carton LLP's Motion for Withdrawal as Plaintiff's Counsel in this action, and granting Plaintiff reasonable time to secure replacement counsel in order to continue the prosecution of this action, and for such other relief as the Court may determine to be just and proper.

Dated: White Plains, New York
        January 14, 2019

                                        Respectfully submitted,

                                        DENELA & CARTON LLP

By:   /s/   Jeffrey I. Carton
       Jeffrey I. Carton (JC-8296)
       jcarton@denleacarton.com
       Robert J. Berg (RB-8542)
       rberg@denleacarton.com
       2 Westchester Park Drive, Suite 410
       White Plains, NY 10604
       (914) 331-0100

*Attorneys for Plaintiff*

TO:   Martine Violet Carroll
       257 Orchard Street, Apartment 3
       Westfield, New Jersey  07090
       martinecarroll@comcast.net

       Plaintiff

       Joseph R. Goldberg
       jgoldber@hodgsonruss.com
       Kathryn Anne Tiskus
       Ktiskus@hodgsonruss.com
       Hodgson Russ, LLP
       605 Third Avenue, Suite 2300
       New York, New York  10158

       Attorneys for Defendants