UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

MARTINE VIOLET CARROLL, on behalf of
herself and all others similarly situated,

                         Plaintiff,

v.

**COUNSEL**

THE REPUBLIC OF FRANCE, THE FRENCH
MINISTRY OF FOREIGN AFFAIRS, and
THE AGENCE POUR L'ENSEIGNEMENT
FRANCAIS A L'ETRANGER,

                         Defendants.
————————————————————X

Civil Action No. 1:16-cv-02663(NSR)

**PLAINTIFF'S CONSENT TO WITHDRAWAL OF**

1. I, Martine V. Carroll, hereby consent to the withdrawal of Denlea & Carton LLP, Jeffrey I. Carton, Robert J. Berg, and Christopher D. Barrazza (collectively, "Denlea & Carton") as my counsel in this action.

2. I have been notified in writing by Denlea & Carton of the reasons for its request to withdraw as my counsel, which reasons are permitted under the Retainer Agreement I signed with the Firm on January 18, 2016.

3. Denlea & Carton has advised me of the status of the case on the Court's docket.

4. I have advised Denlea & Carton that I desire to continue prosecuting the case upon the withdrawal of Denlea & Carton, and I will seek new counsel with whom to continue the prosecution of the case.

5. I have been notified by Denlea & Carton that Denlea & Carton will advise the Court and Defendants that it seeks to withdraw as my counsel of record and that, pursuant to Local

1

*M.V.C.*

Civil Rule 1.4 of the United States District Court for the Southern District of New York and the Individual Rules of the Hon. Nelson S. Román, Denlea & Carton will seek permission to move to withdraw as my counsel of record.

6. I have been advised by Denlea & Carton that Denlea & Carton will request that the Court allow me up to 90 days in which to find new counsel and will request that the Court extend the present case management deadlines for an additional 45 days after my new counsel files an appearance with the Court.

7. I have been advised by Denlea & Carton that, pursuant to the Retainer Agreement, Denlea & Carton will not be asserting a Charging Lien or Retaining Lien against me or the continued prosecution of the case.

Dated: New York, New York
November 28, 2018

**VOLUNTARILY AGREED TO:**         Martine V. Carroll

By: *[signature]*
Martine V. Carroll
257 Orchard Street, Apartment 3
Westfield, New Jersey 07090

2