**MEMO ENDORSED**

Martine D. Carroll
257 Orchard Street Unit 3
Westfield, NJ 07090
(908) 230-0606

March 27, 2019

VIA Fax : (914) 390-4179
Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: *Carroll v. the Republic of France, 16-cv-02683* (NSR)

Dear Judge Roman:

As you are aware, I am the named Plaintiff in the above-referenced order. Pursuant to the Court's order, dated February 7, 2019 (Dkt. No. 34) (the "Order"), my previous counsel was allowed to withdraw from representing me and I was ordered to find new counsel by March 29, 2019. I am writing to request a brief extension of this deadline until April 10, 2019.

The primary reason for this request is that despite diligent efforts, I have not been able to retain new counsel, given my limited financial capabilities. However, I have a meeting scheduled with an attorney who is interested in representing me in this matter next week. We are still finalizing the details of the retention and he has asked to meet with me before he files a notice of appearance. Due to professional scheduling conflicts on both of our parts, we are unable to meet this week, but we will be able to schedule a meeting next week. Accordingly, I am requesting this brief extension and continued stay on the case.

Thank you for your consideration to this request.

If you have any questions, please feel free to contact me.

Respectfully submitted,

M. Carroll

cc: Joseph P. Goldberg
Hodgson Russ LLP
605 Third Avenue
Suite 2300
New York City, NY 10158
jgoldberg@hodgsonruss.com

The application is  X  granted.
           ____ denied.

Nelson S. Román, U.S.D.J.
Dated: March 28, 2019
White Plains, New York 10601

Plaintiff is granted an extension of time until April 10, 2019 to retain counsel and file notice of appearance.

Copies mailed/faxed 3/28/2019 SP
Chambers of Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2019



# The UPS Store

208 Lenox Ave.
Westfield, NJ 07090
Phone (908)654-8200
Fax    (908)654-0222

# Fax

To **HON. NELSON S. ROMÁN**  From **MARTINE CARROLL**

Company **United States District Court**  Phone number **(908) 230 0606**

Fax number **(914) 390 4179**  Fax number _____

Date **March 28, 2019**  Total Pages **1 + cover**

Job number **16 cv - 02683**